| | | |
|---|---|---|
| Jonathan L. Hauser, Esq.<br>TROUTMAN SANDERS LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462 | Michael E. Walsh<br>Essex Bank<br>4235 Innslake Drive, Suite 200<br>Glen Allen, Virginia 23060 | Barnes & Diehl<br>c/o Harris W. Leiner<br>9401 Courthouse Road, Suite A<br>Chesterfield, VA 23832 |
| Fetterolf Brother's Inc.<br>267 Airport Road<br>Mattaponi, VA 23110 | BB&T<br>823 East Main Street<br>Floor 11<br>Richmond, VA 23219 | BB&T<br>7171 George Washington Mem. Hw<br>Gloucester, VA 23061 |
| BB&T<br>PO Box 1847<br>Wilson, NC 27894 | Boardley, LLC<br>18500 Eltham Road<br>PO Box 856<br>West Point, VA 23181 | Britts Inc.<br>PO Box 856<br>West Point, VA 23181 |
| Colonial Farm Credit ACA<br>c/o Susan Upshaw<br>18639 Eltham Road<br>West Point, VA 23181 | Colonial Virginia Bank<br>Attn: Robert Bailey, President<br>PO Box 2120<br>Gloucester, VA 23061 | Direct Wood Products<br>PO Box 856<br>West Point, VA 23181 |
| Hirschler & Fleischer<br>2100 East Cary Street<br>Richmond, VA 23223 | Internal Revenue Service<br>400 N. 8th Street<br>Box 76<br>Stop Room 898<br>Richmond, VA 23219 | Nancy Britt<br>3 Cole Lane<br>Williamsburg, VA 23185 |
| Owen & Owens<br>15521 Midlothian Turnpike #300<br>Midlothian, VA 23113 | Robert Kline<br>5149 Wakema Road<br>West Point, VA 23181 | York River Reality<br>17389 Parham Landing Rd.<br>West Point, VA 23181 |
| Saude Creek Vineyards, LLC<br>4614 Rochanbeau Drive<br>Williamsburg, VA 23188 | The Old Point National Bank<br>5273 John Tyler Hwy.<br>Williamsburg, VA 23185 | Thelma Britt Ertl<br>PO Box 856<br>West Point, VA 23181 |
| Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>Christian & Barton, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095 | Fetterolf Brother's Inc.<br>267 Airport Road<br>Mattaponi, VA 23110 | Lee Stephens, Esquire<br>4507 Irvington Road, Suite 300<br>Post Office Box 70<br>Irvington, Virginia 22480 |
| James H. Hudson III<br>Hudson and Bondurant P.C.<br>826 Main Street – P.O. Box 231<br>West Point VA 23181 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA  19101-5505 | Bank of Essex<br>Michael D. Mueller, Esq.<br>Christian Barton, LLP<br>909 East Main Street<br>Suite 1200<br>Richmond, VA  23219 |
| Colonial Farm Credit, ACA<br>7104 Mechanicsville Turnpike<br>Mechanicsville, VA 23111 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P. O. Box 7346<br>Philadelphia, PA  19101 | Michael E. Walsh<br>Essex Bank<br>4235 Innslake Drive, Suite 200<br>Glen Allen, VA  23060 |

PYOD, LLC
Resurgent Capital Services
P. O. Box 19008
Greenville, SC  29602

Ally Bank
P.O. Box 130424
Roseville, MN 55113

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Bank of Essex
Attn:  Mark Ware
P. O. Box 859
West Point, VA  23181

Saude Creek Farms, LLC
4614 Rochanbeau Drive
Williamsburg, VA  23188

John Brany Britt
P. O. Box 856
West Point, VA  23181